1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                          DISTRICT OF NEVADA
7   KHANUM GUKASYAN,                          2:10-CV-674 JCM (RJJ)
8              Plaintiff,
9   v.
10  GMAC MORTGAGE, LLC, et al.,
11
12             Defendants.

13                                    **ORDER**

14      Presently before this court is defendant Mortgage Electronic Registration System, Inc.'s
15  motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. #21).  On July 20,
16  2010, the court clerk issued an order (doc. #22) notifying  the plaintiff that her response was due
17  within fourteen days.  Pursuant to Local Rule 7-2(b), an opposing party's failure to file a timely
18  response to any motion constitutes the party's consent to the granting of the motion.
19      Failure to follow a district court's local rule is proper grounds for dismissal. *U.S. v.*
20  *Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissing the action, the district
21  court is required to weigh several factors: "(1) the public's interest in expeditious resolution of
22  litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4)
23  the public policy favoring disposition of cases of their merits; and (5) the availability of less
24  drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v.*
25  *Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).
26      A review of the file indicates that as of September 3, 2010, the plaintiff has failed to
27  respond to defendants' motion to dismiss. Weighing the factors identified in *Ghazali*, the court
28

**James C. Mahan**
**U.S. District Judge**

1  finds dismissal appropriate.

2  Accordingly,

3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is

4  dismissed as to defendant Mortgage Electronic Registration System, Inc. for failure of the

5  plaintiff to file a timely response pursuant to Local Rule 7-2(b) and defendant Mortgage

6  Electronic Registration System, Inc.'s motion to dismiss (doc. #21) is GRANTED.

7  DATED September 15, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -