**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KHANUM GUKASYAN, | 2:10-CV-674 JCM (RJJ) |
| Plaintiff, | |
| v. | |
| GMAC MORTGAGE, LLC, et al., | |
| Defendants. | |

**ORDER**

Presently before the court is the case of *Gukasyan v. MortgageIt, Inc. et. al.,* (2:10-cv-00674-JCM-RJJ).

On September 2, 2011, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. #32).  To date, plaintiff having taken no further action to prosecute this case,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Gukasyan v. MortgageIt, Inc. et. al.* (2:10-cv-00674-JCM-RJJ) be, and the same hereby is, DISMISSED.

DATED October 11, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge